RECEIVED IN CLERK'S OFFICE
DATE 1/23/2024

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES, THE HARVARD CORPORATION, HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY, HARVARD UNDERGRADUATE ADMISSIONS COMMITTEE, HARVARD LAW SCHOOL, and HARVARD LAW SCHOOL ADMISSIONS COMMITTEE,<br><br>*Defendants* | No. _____<br><br>Dated: January 21, 2024 |

**PLAINTIFF'S MOTION FOR ELECTRONIC NOTICE**

I, T.E. T.E. Raj Patel, the undersigned plaintiff *pro se*, respectfully move this D. Mass. to allow me to receive automatic notices of newly docketed documents electronically via the CM/ECF system, from my e-mail address (rajp2010@gmail.com), especially because I am *IFP* (or will be granted IFP) and am out of the state in Indiana and to save on PACER charges, that allows courts to grant one free look for each new document on e-notice.

Respectfully submitted,

/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219

Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Pl.-Raj K. Patel's forgoing filing on 1/21/2024 to below individuals via the clerk of court under Fed. R. Civ. P. 77 after being approved for *IFP*:

**THE UNITED STATES**
**c/o Merrick Garland**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**c/o Joshua S. Levy**
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: 617-748-3100

**THE HARVARD CORPORATION**
**HARVARD UNIVERSITY**
**PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY**
**HARVARD UNDERGRADUATE ADMISSIONS COMMITTEE**
**HARVARD LAW SCHOOL**
**HARVARD LAW SCHOOL ADMISSIONS COMMITTEE**
**c/o Alan Garber**
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138
USA Tel:
(617) 495-1502
Fax: (617) 495-8550
president@harvard.edu

**c/o Diane E. Lopez, Vice President and General Counsel**
Richard A. and Susan F. Smith Campus Center, Suite 980
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138-3834
Office: 617-496-3010
Fax: 617-496-6109

                Respectfully submitted,

                /s/ Raj Patel
                T.E., T.E. Raj K. Patel (*Pro Se*)

6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: January 21, 2024