# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES, THE HARVARD CORPORATION, HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY, HARVARD UNDERGRADUATE ADMISSIONS COMMITTEE, HARVARD LAW SCHOOL, and HARVARD LAW SCHOOL ADMISSIONS COMMITTEE,<br><br>*Defendants* | No. _____<br><br>Dated: January 21, 2024 |

## PLAINTIFF'S MOTION TO ALLOW E-FILING

I, T.E. T.E. Raj Patel, the undersigned plaintiff *pro se*, respectfully move this D. Mass. to allow me to file documents electronically via CM/ECF:

- I have independently reviewed all of the materials and related topics on the Court's web site.
- I have a PACER account associated with the e-mail rajp2010@gmail.com.
- I e-file currently in No. 23-cv-797-MN (D. Del. 202_).

Therefore, I move this court to grant Patel the Authorization to File Electronically.

Respectfully submitted,


/s/ Raj K. Patel
Rama CCCX

T.E., T.E. Raj K. Patel, AA, BA (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Pl.-Raj K. Patel's forgoing filing on 1/21/2024 to below individuals via the clerk of court under Fed. R. Civ. P. 77 after being approved for *IFP*:

**THE UNITED STATES**
**c/o Merrick Garland**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**c/o Joshua S. Levy**
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Phone: 617-748-3100

**THE HARVARD CORPORATION**
**HARVARD UNIVERSITY**
**PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY**
**HARVARD UNDERGRADUATE ADMISSIONS COMMITTEE**
**HARVARD LAW SCHOOL**
**HARVARD LAW SCHOOL ADMISSIONS COMMITTEE**
**c/o Alan Garber**
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138
USA Tel:
(617) 495-1502
Fax: (617) 495-8550
president@harvard.edu

**c/o Diane E. Lopez, Vice President and General Counsel**
Richard A. and Susan F. Smith Campus Center, Suite 980
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138-3834
Office: 617-496-3010
Fax: 617-496-6109

        Respectfully submitted,

        /s/ Raj Patel
        T.E., T.E. Raj K. Patel (*Pro Se*)

6850 East 21st Street  
Indianapolis, IN 46219  
Marion County  
317-450-6651 (cell)  
rajp2010@gmail.com  
www.rajpatel.live

Dated: January 21, 2024